# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANKLIN A. CALVIN,<br><br>    Plaintiff,<br><br>v.<br><br>SEQUEL OF OKLAHOMA, LLC<br>d/b/a SEQUEL YOUTH AND<br>FAMILY SERVICES,<br><br>    Defendant. | Case No. CIV-16-1415-C |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Franklin A. Calvin, hereby stipulates with the Defendant, Sequel of Oklahoma, LLC d/b/a Sequel Youth and Family Services, that this action shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 2nd day of May, 2017.

*s/* Lauren W. Johnston
Jana B. Leonard
Lauren W. Johnston
Leonard & Associates, PLLC
8265 S. Walker
Oklahoma City, OK  73139
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net

ATTORNEYS FOR PLAINTIFF

*s/* Tanya S. Bryant
Tanya S. Bryant, OBA #20170
Gaylan Towle II, OBA #32884
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 239-6697
(405) 272-5217 (Facsimile)
tanya.bryant@crowedunlevy.com
gaylan.towle@crowedunlevy.com

ATTORNEYS FOR DEFENDANT

3205365.1